ACCEPTED
03-13-00311-CV
4461392
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:21:34 PM
JEFFREY D. KYLE
CLERK

NO. 03-13-00311-CV

| | | |
|---|---|---|
| LUCY GUTIERREZ | § | COURT OF APPEALS |
| | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES | § | THIRD DISTRICT OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 3:21:34 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND/OR MOTION FOR EN BANC RECONSIDERATION

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant, LUCY GUTIERREZ, requests that this honorable court extend the time to file appellant's brief motion for rehearing and/or motion for en banc reconsideration.

1. Appellant is Lucy Gutierrez; appellee is Portfolio Recovery Associates.

2. This motion is filed within the 15-day period to file a motion to extend the time to file appellant's motion for rehearing as required by Rule 49.8 and Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure.

3. The Court may grant an extension of time under Texas Rule of Appellate Procedure 49.8.

4. The deadline to file appellant's motion for rehearing and/or motion for en banc reconsideration is March 13, 2015.

1

5. Appellant requests an additional sixty (60) days to file appellant's motion for rehearing and/or motion for en banc reconsideration extending the time until May 12, 2015. The undersigned has attempted to confer with opposing counsel regarding this motion, but has been unsuccessful.

6. Appellant has not requested any prior extensions of time to file motion for rehearing and/or motion for en banc reconsideration.

7. Appellant needs additional time to file appellant's brief because appellant's counsel, the undersigned, works sixty (60) hours per week in private employment. In addition, the undersigned has been involved in substantial litigation in district court in Bexar County, Texas, other appellate work to be filed in the San Antonio Court of Appeals, and has a preplanned vacation from March 13, 2015, to March 22, 2015. In addition, appellant's counsel has had insufficient time to determine whether to file a motion for rehearing or a motion for en banc consideration or both.

8. Appellant, therefore, requests an extension of sixty (60) days to file appellant's motion for rehearing and/or motion for en banc reconsieration.

9. For the foregoing reasons, appellant asks the Court to grant an extension of time to file appellant's motion for rehearing and/or motion for en banc reconsideration until May 12, 2015.

Dated this 11th day of March, 2015.

Respectfully submitted,

RONALD S. GUTIERREZ, LAWYER
Las Colinas Station
P. O. Box 143243
Irving Texas 75014-3243
Office: (512) 222-3488
Facsimile: (512) 233-2786
Email: rsg.lawyer@gmail.com

By:  /s/ *Ronald S. Gutierrez*
      Ronald S. Gutierrez
      State Bar No. 08644410

ATTORNEY FOR APPELLANT

## Certificate of Conference

I hereby certify that I have attempted to confer with Anh H. Regent by letter faxed on March 6, 2015, regarding this motion and said counsel has not responded.

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing instrument was delivered via facsimile at (713) 490-7075, to Mr. Anh H. Regent, REGENT & ASSOCIATES, 2650 Fountain View, Suite 233, Houston, Texas 77057, Attorney for Plaintiff on March 11, 2015.

/s/ *Ronald S. Gutierrez*
Ronald S. Gutierrez